UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case 4:02CR00260 SNL |
| | ) | |
| ISSAC J. TUCKER, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON PROBABLE CAUSE AND DETENTION PENDING**
**FINAL SUPERVISED RELEASE REVOCATION HEARING**

Defendant, Issac J. Tucker, came before the undersigned on a warrant for his arrest issued on April 6, 2004, on Order of the Honorable Stephen N. Limbaugh, United States District Judge. The Order was issued on the petition of a United States Probation Officer, and alleged that Defendant violated conditions of supervised release imposed by the Court. Defendant was arrested on August 9, 2005, and had his initial appearance before the undersigned on that date. Counsel was appointed for Defendant, and a preliminary supervised release revocation hearing and hearing on detention were set for August 11, 2005.

On August 11, 2005, Defendant appeared with his attorney, Robert Herman. The government appeared by Assistant United States Attorney Frederick J. Dana. After conferring with counsel and being advised by the Court of his legal right to a preliminary supervised release revocation hearing, Defendant knowingly and voluntarily waived his right to a preliminary supervised release revocation hearing, both orally and in writing,

and agreed to be bound over for the final supervised release revocation hearing scheduled for August 17, 2005.

Defendant also voluntarily waived his right to a bond hearing and did not contest the government's motion for pretrial detention. For the reasons set forth in the Pretrial Services Report – all facts of which Defendant does not concede – and based further on Defendant's waiver, the undersigned finds that there is no condition or combination of conditions that would reasonably assure Defendant's appearance and the safety of the community, and the undersigned therefore orders that Defendant be detained pending a final supervised release revocation hearing.

**THEREFORE, IT IS HEREBY ORDERED** that Defendant be held to appear for a final supervised release revocation hearing on **Wednesday, August 17, 2005, at 10:00 a.m.** before the Honorable Stephen N. Limbaugh.

**IT IS FURTHER ORDERED** that Defendant shall remain in the custody of the United States Marshal pending the final revocation hearing in this matter.

**IT IS FURTHER ORDERED** that Defendant be afforded reasonable opportunity for consultation with counsel, and that, on order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

/s/ Audrey G. Fleissig
AUDREY G. FLEISSIG
United States Magistrate Judge

Dated this 11th day of August, 2005.